IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Civil Action No. 04-337 - GMS |
| | ) | |
| Debtors. | ) | |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 03-70023 (PBL) |
| | ) | Bankruptcy Case No. 01-00056 (PJW) |
| B LOEHR STAFFING, d/b/a, | ) | |
| B LOEHR STAFFING | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 16th day of May, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **RESPONSE OF PLAINTIFF TWA, INC. POST CONFIRMATION ESTATE TO THE COURT'S APRIL 16, 2007 ORDER ON RULE TO SHOW CAUSE AND REQUEST FOR DISMISSAL**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

TWA Inc. Adversary Service List
Beringer Blass and B. Loehr Staffing
Document No. 105044
02 – First Class Mail

*First Class Mail*
Jill M. Farmer
General Counsel
TWA Inc. Post Confirmation Estate
11495 Natural Bridge Road, Room 212
Bridgeton, MO  63044

*First Class Mail*
(Counsel for Defendant Beringer Blass and B. Loehr Staffing.)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison St., Suite 102
Wilmington, DE  19801