IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TWA INC. POST CONFIRMATION ESTATE,<br><br>        Debtors.<br>_____<br><br>TWA INC. POST CONFIRMATION ESTATE,<br><br>        Plaintiff,<br><br>v.<br><br>B. LOEHR STAFFING d/b/a B. LOEHR TEMPORARIES,<br><br>        Defendant. | Case No. 01-00056 (PJW)<br>Chapter 11<br><br><br><br><br><br><br><br><br>Civil Action No. 04-337 (GMS)<br>Adv. No. 03-70023 (PJW) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware 19801.

                                              Respectfully submitted,
                                              MARGOLIS EDELSTEIN

                                              By:_____
                                              James E. Huggett, Esquire (#3956)
                                              750 South Madison Street, Suite 102
                                              Wilmington, DE 19801
                                              (302) 777-4680 (telephone)
                                              (302) 777-4682 (facsimile)

                                              Counsel for B. Loehr Staffing d/b/a B. Loehr Temporaries

Dated: May 17, 2007
       Wilmington, Delaware