IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-00056 (PJW) |
| TWA INC. POST CONFIRMATION ESTATE, | ) ) | Chapter 11 |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 04-337 (GMS) |
| v. | ) ) | Adv. No. 03-70023 (PJW) |
| B. LOEHR STAFFING d/b/a B. LOEHR TEMPORARIES, | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on May 17, 2007, I served a copy of the *Notice of Change of Address* on the party listed below via first class mail.

*/s/ James E. Huggett*
James E. Huggett, Esquire (#3956)

James E. O'Neill
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705