IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TWA POST CONFIRMATION ESTATE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-337 |
| | ) | |
| B. LOEHR STAFFING | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

WHEREAS, on May 26, 2004, a motion to withdraw the reference from the U.S. Bankruptcy Court was filed with the court (D.I. 1);

WHEREAS, on January 10, 2005, an Order granting the motion for leave to withdraw the reference was issued by the court (D.I. 4);

WHEREAS, on January 14, 2005, an Affidavit of Service was filed (D.I. 5);

WHEREAS, on April 16, 2007, the court issued an Order directing the plaintiff to show cause, pursuant to Local Rule 41.1, why this case should not be dismissed (D.I. 6);

WHEREAS, on May 16, 2007, the plaintiff filed a response to the Order requesting that this case be dismissed with prejudice (D.I. 7).

IT IS HEREBY ORDERED that:

This case is DISMISSED with prejudice.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 17, 2007