IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Civil Action No. 04-337 - GMS |
| | ) | |
| Debtors. | ) | |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 03-70023 (PBL) |
| | ) | Bankruptcy Case No. 01-00056 (PJW) |
| B LOEHR STAFFING, d/b/a, | ) | |
| B LOEHR STAFFING | ) | |
| | ) | |
| Defendant. | ) | Related to Docket No. 7 |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtor, in the above-captioned action, and that on the 17th day of May 2007 she caused a copy of the following document to be served upon the attached service list as indicated:

1.  Response of Plaintiff TWA, Inc. Post Confirmation Estate to the Court's April 16, 2007 Order on Rule to Show Cause and Request for Dismissal.

_/s/ Michele Santore_
Michele Santore

Sworn to and subscribed before
me this 17th day of May 2007

_/s/ Mary Corcoran_
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

85400-001\DE_DOCS:127516.1

TWA – B Loehr Staffing Adversary Service List
01 – First Class Mail


**First Class Mail**
(Counsel for B Loehr Staffing , d/b/a B Loehr Staffing)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street
Wilmington, DE  19801